UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CARLA CARVALHO,                         :   07 CIV. 3154 (DLC)
                                        :
                Plaintiff,              :   PRETRIAL
                                        :   SCHEDULING ORDER
        -v-                             :
                                        :
PIZZA HUT OF AMERICA, INC., and TARGET  :
CORPORATION,                            :
                                        :
                Defendants.             :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/07

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on June 22, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **July 13, 2007**.

2.  No additional parties may be joined or pleadings amended after **July 20, 2007**.

3.  The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **September 28, 2007** in order to pursue settlement discussions under his supervision.

4.  All fact discovery must be completed by **October 26, 2007**.

5.  Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **October 26, 2007**. Defendants' identification of experts and disclosure of expert testimony must occur by **November 16, 2007**.

6.  All expert discovery must be completed by **December 21, 2007**.

7.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

- Motion served by **January 18, 2008**
- Opposition served by **February 8, 2008**
- Reply served by **February 15, 2008**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by **January 18, 2008**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

SO ORDERED:

Dated:   New York, New York
         June 25, 2007

_____
DENISE COTE
United States District Judge