UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CARLA CARVALHO,

                Plaintiff,

       -v-

PIZZA HUT OF AMERICA, INC., and TARGET CORPORATION,

                Defendants.

-------------------------------------------------------------------X

07 CIV. 3154 (DLC) (GWG)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute*

_____

_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
                June 25, 2007

                                                                     _____
                                                                      DENISE COTE
                                                              United States District Judge