UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLA CARVALHO,

              Plaintiff,

- against -

PIZZA HUT OF AMERICA, INC., and
TARGET CORPORATION,

              Defendants.
-----------------------------------------------------------X

**STIPULATION**

07 CV 3154 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

It is hereby stipulated and agreed by and between the parties to this case, by their attorneys undersigned, that all claims and cross claims against the defendant PIZZA HUT are hereby discontinued, without costs and without prejudice as to any party to renew

Dated: Staten Island, New York
      August 23, 2007

JOHN P. CONNORS, JR. (6514)
CONNORS & CONNORS, P.C.
Attorneys for **Defendant**,
**PIZZA HUT OF AMERICA, INC.** and TARGET CORP.
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
File No. DTS 23454

(BRUCE COHEN (7580))
DAVIDSON & COHEN, P.C.
Attorney for **Plaintiff**
265 Sunrise Highway
Rockville Centre, New York 11570
(516) 763-6700

SO ORDERED

_____
U.S.D.J.
October 3, 2007