USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLA CARVALHO,

                Plaintiff,

- against -

PIZZA HUT OF AMERICA, INC., and
TARGET CORPORATION,

                Defendants.
------------------------------------------------------------X

STIPULATION

07 CV 3154 (DLC)

It is hereby stipulated and agreed by and between the parties to this matter, by their attorneys undersigned, that this case is transferred to the Northern District of New York.

Dated: Staten Island, New York
         August 23, 2007

_____
JOHN P. CONNORS, JR. (6514)
CONNORS & CONNORS, P.C.
Attorneys for **Defendant**,
**PIZZA HUT OF AMERICA, INC.** and TARGET CORP.
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
File No. DTS 23454

_____
(Bruce Cohen (BTC))
DAVIDSON & COHEN, P.C.
Attorney for **Plaintiff**
265 Sunrise Highway
Rockville Centre, New York 11570
(516) 763-6700

SO ORDERED

_____
U.S.D.J.
October 3, 2007